IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRO T. HESED-EL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 118-200 |
| | * | |
| CHRISTIAN LOWN and | * | |
| NAVIENT CORPORATION, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

This matter is before the Court on Plaintiff's notice of dismissal.[1] (Doc. 20.) A plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Because Plaintiff filed the notice prior to Defendants serving an answer or a motion for summary judgment, the dismissal is proper.

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITHOUT PREJUDICE.** The Court **DENIES AS MOOT** the Parties' pending motions (Docs. 6, 7, 9, 11, 15). The Clerk is directed to **TERMINATE**

---

[1] Several additional motions are pending: (1) Plaintiff's motion for leave to file amended complaint (Doc. 6); (2) Defendants' motion to dismiss (Doc. 7); (3) Plaintiff's notice of voluntary dismissal and motion to add defendants (Doc. 9); (4) Plaintiff's motion for mandatory judicial notice (Doc. 11); and (5) Plaintiff's motion to amend his motion for leave to file amended complaint (Doc. 15.)

all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of April, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA